Case 1:09-cv-01603-LTS    Document 24-26    Filed 04/23/2009    Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ANTHRACITE CAPITAL BOFA FUNDING,
LLC, a Delaware limited liability company,

                   Plaintiff,

          - against -

BETHANY HOLDINGS GROUP, LLC, a Nevada
limited liability company, Terry Knutson and Rose
Knutson as Trustees of the TERRY AND ROSE
KNUTSON 2000 FAMILY TRUST, GREGORY P.
GARMON, an individual, JEFFREY
SILVERMAN, an individual, and TERRY
KNUTSON, an individual,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _MAY 2 6 2009_

09 Civ. 1603 (LTS)(KNF)

ORDER GRANTING MOTION FOR
[PROPOSED] DEFAULT
JUDGMENT

This action having been commenced on February 20, 2009 by the filing of the

Summons and Complaint; a copy of the Summons and Complaint having been served by

certified mail, pursuant to the parties' agreement by written contract, on February 20, 2009, with

Bethany Holdings Group, LLC, Gregory P. Garmon, and Jeffrey Silverman (collectively, the

"Defaulting Defendants") receiving such service copy on February 24, 2009; a proof of service

of the Summons and Complaint having been filed on March 6, 2009; the Amended Complaint

having been filed on March 12, 2009; a copy of the Amended Complaint having been served by

certified mail, pursuant to the parties' agreements by written contract, on March 12, 2009, with

the Defaulting Defendants receiving such service copy on March 26, 2009; a proof of service of

the Amended Complaint having been filed on April 9, 2009; the Supplement to the Amended

Complaint having been filed on March 24, 2009, pursuant to an Order from this Court; a copy of

the Supplement to the Amended Complaint having been served by certified mail, pursuant to the

parties' agreements by written contract, on March 24, 2009, with the Defaulting Defendants

receiving such service copy on March 27, 2009; a certificate of service by counsel having been

attached to the Supplement to the Amended Complaint that was filed on March 24, 2009; and the

Defaulting Defendants not having answered the Summons and Complaint or the Amended

Complaint or the Supplement to the Amended Complaint, and the time for answering the

Amended Complaint and the Supplement to the Amended Complaint having expired, it is

ORDERED, ~~ADJUDGED AND DECREED~~: That the plaintiff have judgment

against Defaulting Defendants in the liquidated amount of $3,507,011.51, plus contractually

agreed upon costs, fees (including attorneys' fees), charges, and default interest accruing since at

least December 11, 2008, plus losses incurred by plaintiff by virtue of certain liens being placed

on the properties relating to this action, with the total amount owed to Plaintiff to be determined

at an inquest. *This Order resolves docket entry no. 22. Plaintiff's counsel must contact Magistrate Judge Fox's chambers to make arrangements for the inquest proceedings.*

Dated: New York, New York
        May 22, 2009

Hon. Laura Taylor Swain, U.S.D.J.

~~This Document Was Entered On the Docket On~~

2